

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE INTEREST OF: | § | No. 08-23-00037-CV |
|  | § | Appeal from the |
| M.J.G., | § | 65th Judicial District Court |
| a Child. | § | of El Paso County, Texas |
|  | § | (TC# 2022DCM0309) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes that there was no error in the judgment. We therefore affirm the judgment of the court below.

It has been determined that Appellant is indigent for purposes of appeal; therefore, this Court makes no other order with respect to the payment of costs on appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF JUNE, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.